In the Matter of the Application of ANGELO PELLEGRINO, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

*Matter of Pellegrino*, 152 App. Div. 482, affirmed.
(Submitted March 3, 1913; decided March 18, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered September 10, 1912, which reversed an order of the Kings County Court granting a motion for the remission in part of the forfeiture of an undertaking of bail.

*Peter P. Smith* for appellant.

*James C. Cropsey, District Attorney (Harry G. Anderson* and *Hersey Egginton* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, CHASE, COLLIN and HOGAN, JJ.